TOWN OF MOUNT PLEASANT, Respondent, v LEGION OF CHRIST, INC., Appellant.

Submitted March 27, 2006; decided March 30, 2006

Motion by the Becket Fund for Religious Liberty for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EGBERT GRANT, Appellant.

Submitted March 27, 2006; decided March 30, 2006

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.